834

No. 09–1438. Chow v. Appellate Division, Superior Court of California, Los Angeles County, et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 09–1439. Holguin v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 09–1440. G. R. H. v. Louisiana. Ct. App. La., 3d Cir. Certiorari denied.

No. 09–1446. Taggart v. Chase Bank USA, N. A., et al. C. A. 3d Cir. Certiorari denied.

No. 09–1447. Miller Auto Sales, Inc. v. Volkswagen of America, Inc., et al. Sup. Ct. Va. Certiorari denied.

No. 09–1448. Cocchiola v. United States. C. A. 3d Cir. Certiorari denied.

No. 09–1450. Lariviere v. Lariviere. App. Ct. Mass. Certiorari denied.

No. 09–1452. Gamboa-Molina v. Arizona. Ct. App. Ariz. Certiorari denied.

No. 09–1453. George v. City of Morro Bay, California, et al. C. A. 9th Cir. Certiorari denied.

No. 09–1455. Reine v. Honeywell International Inc. C. A. 5th Cir. Certiorari denied.

No. 09–1457. Maritima Mexicana, S. A. de C. V., aka MarMex v. Perforaciones Exploracion y Produccion, aka Protexa, et al. C. A. 5th Cir. Certiorari denied.

No. 09–1458. Fields v. Wilbur et al. C. A. 9th Cir. Certiorari denied.

No. 09–1459. South Carolina v. Navy. Sup. Ct. S. C. Certiorari denied.